UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HABIBUR RAHMAN,

            Petitioner,

-vs-                                    Case No. 8:06-cv-356-T-24MSS

BICE, GONZALEZ, et al.,

            Respondent.
_____

## ORDER

Pro se petitioner Habibur Rahman filed a 28 U.S.C. § 2241 petition for writ of habeas corpus. Rahman, who has been detained in the Bradenton Detention Center since November 9, 2005, has been ordered removed to Bangladesh by the Board of Immigration. The Order of Removal is dated December 2, 2005. Rahman waived his appeal of the removal order. In the present petition, Rahman seeks either to be removed or to be released from confinement.

Under <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001), the Bureau of Immigration and Customs Enforcement (BICE) may detain an alien for six months after the removal order becomes final. The six-month period has not expired in Rahman's case and he cannot

show, based on the exhibits that he filed, that his there is no likelihood of his removal in the near future. Based on his a review of his exhibits, his removal is imminent.

Accordingly, the Court orders:

That Petitioner's petition for writ of habeas corpus is denied, without prejudice. The Clerk is directed to enter judgment against Rahman and to close this case.

ORDERED in Tampa, Florida, on March 8, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Habibur Rahman

A97 957 368